# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148889

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC:  148889
                                             COA:  318287
                                             Wayne CC:  11-007070-FH

WILLIE TYJUAN JACKSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 19, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Wayne Circuit Court denying the defendant's motion for relief from judgment, and we REMAND this case to that court. On remand, the trial court shall order the production and filing of all relevant transcripts and appoint counsel for the purpose of preparing and filing an application for leave to appeal as on direct review.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2014



Clerk

s1118